**No. 48409.**—Protest 683773–G of A. D. Cohen Co. (New York).

Opinion by TILSON, J. It was stipulated that certain of the items consisted of 8-bu. paper hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the protest was sustained as to the claim made.

**No. 48410.**—Protests 686011–G, etc., of A. D. Cohen Co. et al. (New York).

Opinion by TILSON, J. The record showed that certain items consist of 8-bu. hats valued at less than $3 per dozen, similar to the harvest hats involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The claim at 25 percent ad valorem under paragraph 1504 (b) (5) was therefore sustained as to this item.

BEFORE THE THIRD DIVISION, JUNE 19, 1943

**No. 48411.**—Petition 5531–R of Union Brokerage Co., Inc. (Pembina).

Opinion by CLINE, J. On the rehearing of this petition several witnesses were called by the respondent and while the question of whether the amendment to the entry should have been allowed by the collector is not before the court in this petition, the court was of the opinion that the attempt to amend was persuasive of the good faith of the entrant, and that certainly a customs broker would not wilfully make entry of merchandise at 18.4 cents per ton when it was worth $7.65 per ton. In making the entry in this case, therefore, it was found that the petitioner acted without intention to misrepresent the facts, to defraud the revenue of the United States, or to deceive the appraiser as to the value of the goods. The petition was therefore granted.

**No. 48412.**—Protests 959171–G, etc., of Allen-Diaz, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48413.**—Protests 930620–G, etc., of Allen-Diaz, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 16, 1943

**No. 48414.**—————————Protests 72167–K, etc., of Leonard Gordon Importing Co., Inc., et al. ———————— Plaintiffs' application for rehearing granted.